Entered on Docket
October 22, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



David W. Lively (State Bar No. 83642)
Jennifer S. Coleman (State Bar No. 213210)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S. First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

The following constitutes
the order of the court. Signed October 22, 2010

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Attorneys for Creditor John Dariano, Trustee of the
John Dariano 1992 Trust, Dated November 12, 1992

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>James M. Liquori Dba Signature Properties,<br><br>Debtor. | CASE NO. 10-55627 SLJ<br><br>CHAPTER 7<br><br>**Adversary Proceeding No. 10-05243** |
| JOHN DARIANO, TRUSTEE OF THE JOHN DARIANO 1992 TRUST, DATED NOVEMBER 12, 1992,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. LIQUORI DBA SIGNATURE PROPERTIES,<br><br>Defendant. | **JUDGMENT PURSUANT TO STIPULATION** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to stipulation, Plaintiff John Dariano, Trustee of the John Dariano 1992 Trust, Dated November 12, 1992, has a final judgment for damages against Defendant and Debtor James M. Liquori, dba Signature Properties in the amount of $50,000, plus interest at the legal rate beginning on June 1, 2009, and that, under 11 U.S.C. §523(a), this judgment is excepted from the discharge of Defendant and Debtor James M. Liquori, dba Signature Properties pursuant to 11 U.S.C. §§ 523(a)(2)(A) (For

626\711564.1

JUDGMENT PURSUANT TO STIPULATION
Case: 10-05243   Doc# 17   Filed: 10/22/10   Entered: 10/22/10 11:23:29   Page 1 of 3

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

Money Obtained by False Pretenses, False representation and Actual Fraud), 523(a)(2)(B) (For Use of False Statement in Writing), 523(a)(4) (Fraud or Defalcation While Acting as a Fiduciary), 523(a)(4) (Embezzlement) and Constructive and Actual Fraud.

***END OF ORDER***

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 10-05243<br>Northern District of California<br>San Jose<br>Tue Oct  5 13:36:48 PDT 2010 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Jennifer S. Coleman<br>Hopkins and Carley<br>70 S 1st St.<br>San Jose, CA 95113-2406 | James M Liquori<br>1190 S. Bascom Ave. #129<br>San Jose, CA 95128-3512 | Secretary of The Treasury<br>15th and Pennsylvania Ave. NW<br>Washington, DC 20220-0001 |
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)John Dariano, Trustee of the John Dariano | (u)Roger L. Efremsky<br>San Jose | End of Label Matrix<br>Mailable recipients   7<br>Bypassed recipients   2<br>Total                 9 |