JAN 17 2018 mT

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Angela L. Cash, Consumer Recovery Account
Counsel (#230882) for the Real Estate Commissioner
of the State of California - Bureau of Real Estate,
Consumer Recovery Account Unit
PO Box 137007, Sacramento, CA 95813-7007
TEL NO.: (916) 263-8925    FAX NO. (optional): (916) 263-3760
E-MAIL ADDRESS (Optional):
[ ] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [x] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** US Bankruptcy Court
STREET ADDRESS: 280 South First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District of California

FILED
JAN 17 2018
CLERK
United States Bankruptcy Court
San Jose, California

PLAINTIFF: John Dariano, Trustee of the John Dariano 1992 Trust
DEFENDANT: James M. Liquori, individually and dba Signature Properties

CASE NUMBER:
10-55627 SLJ / AP No. 10-05243

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [ ] judgment creditor   [x] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────────────┐
      │ James M. Liquori, individually and dba  │
      │ Signature Properties                    │
      │ 4113 Ashbrook Cr, San Jose, CA 95124    │
      │ (see "Attachment" for additional address)│
      └─────────────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:     [x] Unknown
   c. Social security no. [last 4 digits]: 1860            [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      James M. Liquori, Individually and dba Signature Properties, 4113 Ashbrook Cr, San Jose, CA 95124

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Real Estate Commissioner, State of California
   P.O. Box 137007
   Sacramento, CA 95813-7007
   Date: 1/2/18
   Angela L. Cash
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [x] Original abstract recorded in this county:
   Santa Clara
   a. Date: 11/05/2010
   b. Instrument No.: 20946324

   ▶ *[signature]*
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $50,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 10/22/2010
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL — UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA]

This abstract issued on *(date):* JAN 17 2018

10. [ ] An  [ ] execution lien  [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Edward J. Emmons, Clerk of the Court
Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: John Dariano, Trustee of the John Dariano 1992 Trust <br> DEFENDANT: James M. Liquori, individually and dba Signature Properties | COURT CASE NO.: <br> 10-55627 SLJ / AP No. 10-05243 |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

17. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

18. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

19. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    Page 2 of 2

Case: 10-05243   Doc# 21   Filed: 01/17/18   Entered: 01/17/18 15:05:28   Page 2 of 3

| SHORT TITLE: Dariano vs. Liquori | CASE NUMBER: 10-55627 SLJ / AP No. 10-05243 |
|---|---|

**ATTACHMENT** *(Number):* 1a.

*(This Attachment may be used with any Judicial Council form.)*

"Judgment Debtor" - additional address:

1a.  James M. Liquori
     1190 S. Bascom Ave., Ste. 129
     San Jose, CA  95128

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov